1:25-cr-00125
Judge Andrea R. Wood
Magistrate Judge Maria Valdez
Random/Cat. 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
3/5/2025

BI

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PABLO LOPEZ-RIOS, aka<br>    "Ignacio Ornelas Gutierrez" | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about January 31, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

PABLO LOPEZ-RIOS,
also known as "Ignacio Ornelas Gutierrez,"

defendant herein, an alien who previously had been deported and removed from the United States on or about January 18, 2005, September 8, 2009, April 26, 2010, May 24, 2021, and July 15, 2022, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY